UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------X
UNITED STATES OF AMERICA

    -v-

ERIC HAYNBERG,

                        Defendant.
-------------------------------------------------X

Katharine S. Hayden

11 Cr. 164 (KSH)

ORDER

Upon the application of Eric Franz, attorney for the above named defendant, it is hereby,

**ORDERED**, that Mr. Haynberg is permitted to travel to St. Martin from March 22, 2012 to April 1, 2012 and that Pretrial Services provide Mr. Haynberg with his passport so that he may do so.

**ORDERED**, that upon return the defendant shall turn over his passport to Pretrial Services. All other conditions remain in effect.

Dated: 1/23/12

                                              **/s/ Katharine S. Hayden**
                                              KATHARINE S. HAYDEN
                                              United States District Judge