UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

UNITED STATES OF AMERICA, : Crim. No.: 11-00165-KSH

:

-against- :

:

ANSELMO GENOVESE, et. al. :

Defendants. :
-----------------------------------------------------------X

**ORDER**

Upon application of JANEEN ZINNA, and with the consent of the government,

IT IS HEREBY ORDERED, that travel conditions for the defendant Janeen Zinna be modified as follows: Mrs. Zinna is permitted to accompany her son, Pasquale Anthony Zinna, on a college visit to the Berklee College of Music in Boston, Massachusetts on February 24, 2012; to remain in Massachusetts with her son, and to return to their home on or before Sunday, February 26, 2012. All other conditions of supervised Release Remains in effect.

Date: Newark, New Jersey
February 21, 2011

SO ORDERED:

_____
KATHARINE S. HAYDEN, U.S.D.C.J.