UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-

ERIC HAYNBERG,

                     Defendant.
-------------------------------------------------------X

Hon. Katharine S. Hayden

11 Cr. 164 (KSH)

**ORDER**

Upon the application of Eric Franz, attorney for the above named defendant, upon notice to Pretrial Services, it is hereby

**ORDERED** that defendant Eric Haynberg is permitted to travel to Antigua and Tortola from March 23, 2012 to April 2, 2012. For said purpose, Pretrial Services shall provide Mr. Haynberg his passport; and it is further

**ORDERED** that within five (5) days counsel shall provide the U.S. Pretrial Office with defendant's itinerary; and it is further

**ORDERED**, that upon return the defendant shall promptly turn over his passport to Pretrial Services. All other conditions remain in effect.


Dated: 3/6/12

                                                   **/s/Katharine S. Hayden**
                                                   KATHARINE S. HAYDEN
                                                   United States District Judge