UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No.: 11cr165 (KSH) |
| | : | **ORDER AMENDING JUDGMENT IN A CRIMINAL CASE AS TO SURRENDER DATE ONLY** |
| -against- | : | |
| | : | |
| PASQUALE ZINNA,<br>a/k/a "PATTY ZINNA," and "PATRICK ZINNA," et. al. | : | |
| | : | |

-----------------------------------------------------------------X

WHEREAS the defendant, Pasquale Zinna, has made application for an earlier surrender date, the U.S. Attorney's office has no objection to this application, and good cause appears to grant the application;

IT IS HEREBY ORDERED that the Judgment signed June 6, 2012 and entered June 8, 2012 as Doc #101 is hereby amended and the defendant shall surrender for service of sentence at the institution previously designated by the Bureau of Prisons, Fort Dix SCP, Fort Dix, New Jersey before 12 noon on July 15, 2012.

SO ORDERED:

/s/ Katharine S. Hayden
_____
KATHARINE S. HAYDEN, U.S.D.J.

Dated: June 29, 2012