```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :    Hon. Katherine S. Hayden

     v.                       :    Criminal No. 011-165

VINCENZO GENOVESE             :    O R D E R
```

This matter having been opened to the Court, on the joint application of the United States Attorney for the District of New Jersey (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing) and defendant Vincenzo Genovese (Hoffman & Pollok LLP, Susan C. Wolfe, Esq., appearing), to deposit a restitution check in the amount of $43,607, into the District of New Jersey Court Registry, prior to sentencing in the above-captioned matter, and good cause having been shown,

IT IS, therefore, on this 5th day of July 2012, ORDERED that the Clerk's Office of the District of New Jersey deposit the $43,607 into the Court Registry, to be held there until further order of the Court.

```
                              /s/ Katharine S. Hayden
                              KATHARINE S. HAYDEN
                              United States District Judge
```