UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katherine S. Hayden

    v. : Criminal No. 011-165

ROCCO MAZZAFERRO : <u>O R D E R</u>

This matter having been opened to the Court, on the joint application of the United States Attorney for the District of New Jersey (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing) and defendant Rocco Mazzaferro (Michael Rosen, Esq., appearing), to deposit a restitution check in the amount of $43,607, into the District of New Jersey Court Registry, prior to sentencing in the above-captioned matter, and good cause having been shown,

IT IS, therefore, on this <u>5th</u> day of July 2012, ORDERED that the Clerk's Office of the District of New Jersey deposit the $43,607 into the Court Registry, to be held there until further order of the Court.

                                                /s/ Katharine S. Hayden

                                                _____
                                                KATHARINE S. HAYDEN
                                                United States District Judge