UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------x

UNITED STATES OF AMERICA,         Hon. Katharine S. Hayden

   -v-                              Criminal No. 11-165(KSH)

VINCENZO GENOVESE,

       Defendant.            **ORDER**

-------------------------------------------------x

Upon the application of Jeffrey C. Hoffman, Hoffman & Pollok, LLP, attorneys for the above named defendant, and no opposition appearing, it is hereby

It is on this 10th day of September, 2012,

ORDERED that the United States Department of Probation shall release and return the passport of Vincenzo Genovese, who was sentenced to a term of one year probation and six months home detention on July 12, 2012; and it is further

ORDERED that Vincenzo Genovese's passport shall be released to his attorneys: Hoffman & Pollok, LLP, c/o Susan C. Wolfe, Esq., 260 Madison Avenue, New York, NY 10016.

/s/ Katharine S. Hayden

_____
KATHARINE S. HAYDEN
United States District Judge